

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-17-00031-CR

## IN RE ROY LEE BOYKIN

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed February 22, 2017
[OT06]

